IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YOLANDA LEFCOURT, § | |
|    *Plaintiff* § | |
| § | |
| v. § | |
| § | |
| § | CIVIL ACTION NO: 3:17CV-2617-G |
| § | |
| THE HEALTH ENROLLMENT GROUP, § | |
| INC. and FIDELITY & GUARANTY § | |
| LIFE INSURANCE COMPANY, § | |
|    *Defendants* § | |

**STIPULATION OF DISMISSAL AS TO DEFENDANT FIDELITY & GUARANTY LIFE INSURANCE COMPANY ONLY WITHOUT PREJUDICE**

Plaintiff Yolanda Lefcourt, Plaintiff herein, files this *Stipulation of Dismissal as to Defendant Fidelity & Guaranty Life Insurance Company Only Without Prejudice* and would show unto the Court the following:

Pursuant to Rule 41(a)(1)(A)(ii), at this time, Plaintiff Yolanda Lefcourt desires to dismiss her claims and causes of action asserted in the above-captioned lawsuit against Defendant Fidelity & Guaranty Life Insurance Company *only*, without prejudice to the re-filing of same, with all attorney's fees and costs of court taxed against the party incurring same. All parties appearing in this matter have consented to this stipulation as evidenced by Defendant Fidelity & Guaranty Life Insurance Company's signature.

    Respectfully submitted,

    LAW OFFICE OF MARK A. TICER

    By: */s/ Jennifer W. Johnson*
    Mark A. Ticer
    mticer@ticerlaw.com
    State Bar #20018900
    Jennifer Weber Johnson
    jjohnson@ticerlaw.com
    State Bar #24060029
    10440 N. Central Expressway, Suite 600
    Dallas, Texas 75231
    (214) 219-4220
    (214) 219-4218 (FAX)
    ***ATTORNEYS FOR PLAINTIFF***

**AGREED**:

*/s/ Charles Gearing*
Counsel for
Defendant Fidelity & Guaranty Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system to all counsel of record on this the 21st day of December 2017.

    */s/ Jennifer W. Johnson*
    Jennifer W. Johnson